# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS BAUMANN

VERSUS

VOLKERT, INC., MEYER
ENGINEER, LTD., DUB JOHNSON
PAVING CONTRACTOR, INC.,
TERRY HONORE CONSTRUCTION
COMPANY, INC., THE CITY OF
BATON ROUGE, EAST BATON
ROUGE PARISH AND BATON ROUGE
METROPOLITAN COMMISSION

NO.   2023 CW 0249

**MAY 25, 2023**

---

In Re:    City of Baton Rouge, East Baton Rouge Parish, and The
          Greater  Baton Rouge Airport Board of Commissioners,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 716577.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

                         **JMG**
                         **EW**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
            FOR THE COURT